

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

TEODOMIRO PINEDA GADEA, *individually and on behalf of others similarly situated*,

                          Plaintiff,

          -against-

GKG RESTAURANT, INC., *d/b/a Scotty's Diner*, THEODORE GROUTAS, and STELIOS GROUTAS,

                         Defendants.

------------------------------------- x

ORDER

18 Civ. 12061 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for a further extension of time to restore the action to this Court's calendar, (ECF No. 47), is GRANTED. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than December 13, 2019.

Dated: New York, New York
      November 22, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge