**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

TEODOMIRO PINEDA GADEA, *individually and* :
*on behalf of others similarly situated*,

                  Plaintiff,

        -against-

GKG RESTAURANT, INC., *d/b/a Scotty's Diner*, :
THEODORE GROUTAS, and STELIOS
GROUTAS,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 6 2019

ORDER

18 Civ. 12061 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for a further extension of time to restore the action to this Court's calendar, (ECF No. 49), is GRANTED. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than January 2, 2020.

Dated: New York, New York
      December 12, 2019

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge