# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

**BY ECF**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

January 2, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2020

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JAN 0 7 2020

Re: **Pineda Gadea et al v. GKG Restaurant, Inc. et al**
　　　**Case No. 18-cv-12061-GBD**

Dear Judge Daniels:

This office represents Plaintiff in the above referenced matter. I write to respectfully request that the Court extend the deadline to reopen the action to January 12, 2020. Defendants consent to the extension.

The reason for the request is that the settlement agreement has not yet been fully executed. We seek additional time to obtain all signatures. This is the fifth request for an extension of time; the previous requests were granted.

Alternatively, Plaintiffs ask that the court deems this a request to reopen the action.

I thank the Court for its time and attention.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Joshua S. Androphy

　　　　　　　　　　　　　　　　　　　Joshua S. Androphy

CC:　James Thomas, Esq. (By Email)
　　　Kevin Spikes, Esq. (By Email)
　　　*Attorney for Defendants*